

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00208-CV

| | | |
|---|---|---|
| Hal Sauls | § | From the 431st District Court |
| | § | of Denton County (14-04543-367) |
| v. | | |
| | § | June 11, 2015 |
| Munir Bata, LLC, and the Colony Assets Development, LLC | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the summary-judgment orders of the trial court are affirmed.

It is further ordered that appellant Hal Sauls shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel